## J. A. MAY CO. V. SCOTT.

(Decided June 17, 1910.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

R. D. CRAWFORD, for appellant.   E. H. HILL, for appellee.

Per curiam.   Dismissed by agreement.

----

## PERSONS V. DAVIS.

(Decided June 2, 1910.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

No counsel marked for either party.

Per curiam.   Affirmed on certificate.

----

## PLANTERS TRADING CO. V. MOORE.

(Decided June 9, 1910.)

APPEAL from Coffee County Court.

Heard before Hon. J. N. HAM.

No counsel marked for either party.

Per curiam.   Affirmed on certificate.

----

## ROBERSON V. THE STATE.

(Decided June 16, 1910.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. JOHN W. INZER.

M. M. SMITH, and STARNES & GREENE, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Per curiam.   Appeal dismissed by appellant.